UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Banks,

      Plaintiff(s),

   -against –

Condon et al,

      Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-06908 (CS)

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

  **SO ORDERED**.

Dated: September 6, 2023

  White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.